# PD-0892-15

PD-0892-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/17/2015 10:45:22 AM
Accepted 7/17/2015 4:27:12 PM
ABEL ACOSTA
CLERK

Case No. _____

| | | |
|---|---|---|
| MORRIS LANDON JOHNSON, II | § | COURT OF CRIMINAL APPEALS |
| | § | |
| Appellant, | § | |
| | § | |
| VS. | § | |
| | § | |
| STATE OF TEXAS | § | |
| | § | |
| Appellee. | § | AUSTIN, TEXAS |

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT:

COMES NOW, MORRIS LANDON JOHNSON, II, Appellant and files this motion for extension of time in which to file Appellant's Petition for Discretionary Review and in support thereof would show the Court as follows:

1.      This is a request for extension of time to file a petition for discretionary review related to a judgment issued by the Court of Appeals for the Eleventh Judicial District in Eastland. The case number in the Court of Appeals is 11-13-00174-CR.

2.      This is an appeal from a judgment in the 266TH Judicial District Court.

3.      The style of the case in the trial court was State of Texas v. Morris Landon Johnson, II, Cause No. CR 13895, 266th Judicial District Court, Erath County.

3.      Judgment was entered on May 16th, 2013.

4.      Appellant filed his notice of appeal on June 11th, 2013.

5.      Eleventh Court of Appeals issued its opinion affirming the judgment of the trial court on June 5th, 2015.

6.      The current deadline for Appellant to file a petition for discretionary review is July 5th, 2015.

FILED IN
COURT OF CRIMINAL APPEALS

July 17, 2015

ABEL ACOSTA, CLERK

5. Appellant did not receive a copy of the Court of Appeals judgment or memorandum opinion until July 17th, 2015 and is considering filing a petition for discretionary review and requests additional time to review the issues related to his appeal. Appellant requests an additional 30 days to make a final decision and possibly retain other counsel.

Wherefore, Appellant prays that the Court enter its order extending the deadline for the filing of Appellant's Petition for Discretionary Review to August 16th, 2015 and for such other and further relief to which he may justly be entitled.

Respectfully submitted,

/s/ *Russell W. King*
Russell W. King
State Bar No. 11463400
King Law Offices, P.C.
P.O. Box 772
Stephenville, Texas 76401
817-357-4039
866-218-1049 Facsimile
rking2010@gmail.com

## Certificate of Conference
The undersigned does hereby certify that he unable to contact counsel for the state prior to the filing on this motion and therefore cannot represent whether or not counsel for the State agree with the granting of the relief requested.

/s/ *Russell W. King*
Russell W. King

## Certificate of Service
The undersigned hereby certifies that a true and correct copy of this motion was served on the District Attorney for Erath County, Texas via facsimile. on July 17th , 2015.

/s/ *Russell W. King*
Russell W. King